IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| TERESA BENNETT, | § § § | |
| Plaintiff | § § | CIVIL ACTION NO. 3:10-CV-00303-F |
| vs. | § § | |
| JO-ANN STORES, INC. and MIXON INVESTMENT CO, INC., | § § § | ECF |
| Defendants. | § § | |

## STIPULATION OF DISMISSAL

Plaintiff and Defendants file this Stipulation of Dismissal regarding all claims in this lawsuit pursuant to FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii).

1. Plaintiff alleges Defendants violated her rights under state and federal public accommodation accessibility law.  Defendants deny Plaintiff's allegations.

2. Defendants have answered this suit.

3. This case is not a class action and a receiver has not been appointed.

4. This action is not governed by any statute of the United States that requires an order of the court for dismissal of this case.

5. Plaintiff and Defendants have resolved their differences.

6. Plaintiff hereby dismisses all her claims asserted in this action against Defendants.

7. As indicated by their attorneys' signatures below, all parties who have appeared in the action stipulate to the dismissal of all claims made, or that could have been made, in this suit.

Dated April  26   , 2010

                                        Respectfully submitted,

/s/ Kevin S. Mullen
**Kevin S. Mullen**
Texas Bar No. 24032892
kmullen@littler.com

**LITTLER MENDELSON, PC**
2001 Ross Avenue
Suite 1500, Lock Box 116
Dallas, Texas  75201-2931
Telephone:  (214) 880-8100
Fax:  (214) 880-0181

**ATTORNEYS FOR DEFENDANT JO-ANN STORES, INC.**


/s/ Stephen Henninger
**Mark J. Dyer**
Texas Bar No. 06317500
dyer@mdjwlaw.com
**Stephen D. Henninger**
Texas Bar No. 00784256
Henninger@mdjwlaw.com

**MARTIN, DISIERE, JEFFERSON & WISDOM, L.L.P.**
900 Jackson Street, Suite 710
Dallas, Texas 75202
Telephone:  (214) 420-5500
Fax:  (214) 420-5501

**ATTORNEYS FOR DEFENDANT MIXON INVESTMENT CO., INC.**

/s/ Kenneth D. Carden
**Kenneth D. Carden**
Texas Bar No. 03787300
carden@adalaw.com

**THE CARDEN LAW OFFICE**
1409 S. Lamar # 601
Dallas, Texas  75220
Telephone:  (214) 485-3535
Fax:  (214) 485-3536


**Palmer D. Bailey**
Texas Bar No. 01533400
inlight226@aol.com

**LAW OFFICE OF PALMER BAILEY, PC**
16633 Dallas Pkwy, Ste. 600
Addison, Texas  75001
Telephone:  (972) 588-1863
Fax:  (972) 588-1801

**ATTORNEYS FOR PLAINTIFF**


## CERTIFICATE OF SERVICE

I hereby certify that on April  26 , 2010 I electronically filed this document with the clerk of court for the U.S. District Court, Northern District of Texas, using the Electronic Case Filing System of the Court.  The Electronic Case Filing System sent a "Notice of Electronic Filing" to all attorneys of record who have consented in writing to accept service of this document by electronic means.


/s/ Kenneth Carden
Kenneth Carden